IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| CHINA MANUFACTURERS ALLIANCE, LLC, DOUBLE COIN HOLDINGS LTD., | ) ) ) ) | |
| Plaintiffs-Appellants, | ) ) | |
| GUIZHOU TYRE CO., LTD., GUIZHOU TYRE IMPORT AND EXPORT CO., LTD., | ) ) ) ) | 2023-2391 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES | ) ) | |
| Defendant-Appellee. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Federal Circuit Rule 47.3(c), defendant-appellee, the United

States, respectfully provides this notice of withdrawal for the current principal

counsel, Eric J. Singley.  Mr. Singley will be leaving the Commercial Litigation

Branch shortly, and this case has now been reassigned to undersigned, Stephen C.

Tosini.  Accordingly, Mr. Singley should be withdrawn as principal counsel and

Mr. Tosini should be identified as principal counsel on the Court's docket.  A

completed Entry of Appearance for Mr. Tosini accompanies this motion.

                                   Respectfully submitted,

                                   BRIAN M. BOYNTON
                                   Principal Deputy Assistant Attorney
                                   General

                                   PATRICIA M. McCARTHY
                                   Director

                                   /s/ *Loren Misha Preheim* for
                                   FRANKLIN E. WHITE, JR.
                                   Assistant Director

                                   /s/ *Stephen C. Tosini*
                                   STEPHEN C. TOSINI
                                   Senior Trial Counsel
                                   Commercial Litigation Branch
                                   Civil Division
                                   Department of Justice
                                   P.O. Box 480
                                   Ben Franklin Station
                                   Washington, DC 20044
                                   Tele: (202) 616-5196
December 20, 2023                  Email: stephen.tosini@usdoj.gov